NOVEMBER 5, 1990

No. 89–1862. MCCARTHY, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS v. BLAIR. C. A. 9th Cir. [Certiorari granted, *ante*, p. 807.] Judgment vacated and case remanded to the Court of Appeals with directions that it instruct the United States District Court for the Central District of California to vacate its order and dismiss the petition for writ of habeas corpus as moot. *United States* v. *Munsingwear, Inc.*, 340 U. S. 36 (1950).

No. 89–7496. RIVERA-FELICIANO v. UNITED STATES. C. A. 1st Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Grady* v. *Corbin*, 495 U. S. 508 (1990).

No. — – ——. DAVIS v. ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.